# EXHIBIT "A"

## Exhibit A to the Complaint

**Location:** Henderson, NV  
**Total Works Infringed:** 27

**IP Address:** 72.193.217.207  
**ISP:** Cox Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9129C8000A972FB605AA21176EC92A7B890979AB<br>File Hash: 5DF83ACD7891971173F2A56E238AE8352571D5F4AF56F7B997E09FB7011F869D | 11/02/2019 05:35:55 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 2 | Info Hash: B64795AC58268CD9C422E07C69CFE21BF5817B3A<br>File Hash: D635910093E18115308F865230E69E3C9BD78A158FE7F327A8E07D39DC5D7AED | 10/22/2019 18:09:47 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 3 | Info Hash: 52DBCAB7B39058F361707D52D0191BCAB55EB38A<br>File Hash: E12D2277C7893FC16F285BCFC8D659FCD546C0F02E28E864937BC6EAF3E4D90C | 10/06/2019 17:34:42 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 4 | Info Hash: 16BADBA8DF62D3D54B74EE19043B91B09D191ADD<br>File Hash: A61D6DEDC25FE8EE3DB2245FFD764DC7F29D120E3172C02388349A82D741902E | 09/21/2019 19:26:48 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 5 | Info Hash: F7B7AD901A19D393AF69A60E7FDBF2C2C4C91ABD<br>File Hash: 14E942CCCA83CB8157CC02977C74BCBBD8062E31C1531A7C10B9A79CAC996B20 | 09/14/2019 17:39:11 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 6 | Info Hash: 31CABAB5CE1ABE7B23DE9F90FB6B352B4029FB43<br>File Hash: 86D0720ECBFD52F753D1AC6D67D9862C31A76E24FD45DC193545976999C5050E | 09/14/2019 17:28:09 | Tushy | 05/01/2019 | 07/05/2019 | PA0002206375 |
| 7 | Info Hash: C999947F25FF44CF259F10E72241D6F0339D6C8B<br>File Hash: B7CB6CC7FF15FA4384B542CD99F6B959AB801EC9EE415EE142AC4C01C4D4EE47 | 09/14/2019 17:27:30 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 8 | Info Hash: D9F8EDC264A29C3DC17B41DACD49D4EC6F169077<br>File Hash: 6AFE17B927785C73C9E93C248ACC00BD0FD4B07D604FB880012494CD5FEC0EFE | 08/24/2019 02:18:04 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: D121DFA499CA673977D7D111E3F0F4D873EF28E9<br>File Hash: E6ADB40796CC6534D5331E6C18C58D17028F7623A811FFA291C06DDE5D8354BA | 08/05/2019 00:25:18 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 10 | Info Hash: 35DB5848353DBB38DB895E2103028DB940A8EF1F<br>File Hash: 6A10085C6EB1D2A8B0CE47963734AD45020D419B3ABF4621F9A41EF7ECE1F96B | 08/05/2019 00:24:49 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 11 | Info Hash: 9C824A2D4EB747339F1B9E2E83479104BE703703<br>File Hash: 25127A789B678AAB59D72E0FEB5A324E362411CA5DFD19CB9943B06345C6B3A5 | 08/05/2019 00:24:14 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 12 | Info Hash: 3197935562CA820E79842C41077AD8817E0D91F7<br>File Hash: 6919608454110980907D77B29D29C4A2B1DB87B411BABB63886E595CF7AED703 | 08/01/2019 02:34:40 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 13 | Info Hash: 94C1A6B1319D9B1D72B79FF817A219E26D55BA5C<br>File Hash: A7176AC531FDE32757E64D7B307A758954AC29E78FD7307BAF747510E86A0CDC | 07/07/2019 22:59:25 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 14 | Info Hash: 1AB8C2B17686AC6D80CE93AD69388780C6BEB4C3<br>File Hash: A25C01266CB692D40490B18165C74FDBC45967EE57D96A054B316B32CA303291 | 07/07/2019 22:54:40 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 15 | Info Hash: 4BAB25D18D81C6A63E3AFE077735EC6B61810E14<br>File Hash: FFAE5541F4D1F8E13776BB1FC733BAD53A019E725848B8CCF5C78877EE0944E3 | 07/07/2019 22:49:37 | Tushy | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 16 | Info Hash: 118EB86B2CCCBB2C282856AC27FF2515ADB8D284<br>File Hash: A319BE235C2DE4351DBC9EAE8A2DDC8BBD4B23E031D8A4B0A020E2DE1CAF84C1 | 06/17/2019 16:57:27 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 17 | Info Hash: FB672E815A9FEA2A5E75AB12CF8D0C070F88F203<br>File Hash: 4533A2D00026774EA08D15C910F8939DF7CFE778FCC019BE146C06FF19256D85 | 06/17/2019 16:26:06 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 9E6830F68F139715283F70F7717AFE7C54F9BE53<br>File Hash: BA89A4050CB5EFE02C2BB35A47643EDCA915C6BE667FCFDDD5962EFEDCA049DF | 06/17/2019 16:26:02 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 19 | Info Hash: DC5A539E94F7BE3E2BF6BBA9218F69105E14B326<br>File Hash: DD879D76D636D2928529054083A2F242018817374AA988906FAD78CF97D75E67 | 04/18/2019 17:08:11 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |
| 20 | Info Hash: 05FFB4F41D77DEFE1008766470CD8A36A5B1E170<br>File Hash: 976258E4C3A380D0D61B794C2F767C175215145BE410FF894E120C4673560EF8 | 03/31/2019 21:37:49 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 21 | Info Hash: 2E09CC3A464AA7916CC429527F5508247404F54D<br>File Hash: F6F5D645E1DF8C9484B36BE035A31F15B04AE4FC051B70D55E57D08A14CF218D | 03/20/2019 01:29:53 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 22 | Info Hash: 12FD099B704DFFF8A9860A23260385B39D76F758<br>File Hash: A2CC5316EF90FD8301A41100CB821610DB9056CB10D8C5D06F8B505675C90C50 | 03/01/2019 22:50:35 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 23 | Info Hash: 3F722DB1C7450C139F61FE6B909A566C47B65CBD<br>File Hash: AA274148C1AD56954B3380F06673446D70196F23F6223DA918568AB9B24C6351 | 02/26/2019 04:28:15 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 24 | Info Hash: 20A14EC43E144ED94B53245D5A8C019FA81DDDDF<br>File Hash: 589BDF139EDCCD74A68FC10ADF764E5AD6DA9DEB3CB6BDF087CE301F5DC0E053 | 02/26/2019 02:06:20 | Tushy | 02/25/2019 | 04/17/2019 | PA0002187005 |
| 25 | Info Hash: 10E5F861A36A8A2388DD7A7E2FEE128F9C67B258<br>File Hash: 27761B8FA013246D9D497FBDDA43DD4AFC524371FA4AD5EF3F1ECE54323E2788 | 02/05/2019 20:24:43 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 26 | Info Hash: F29FB427E07BFCD850C0DF7DB1EDB5BE24C0267F<br>File Hash: A3D700E02B72B0C705B3B957FA90E83F1AFB65BE85F5C435AE5DFF3F2D03250B | 01/28/2019 18:47:10 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F6D4E1BDAC22806E16F59B2FED59203CE8516285<br>File Hash: 648C749EA5701476CE9F061C586AD21F16FCD039C729BA4FC0A5C77FEF97E639 | 01/05/2019 19:05:57 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |